HERBERT TOMOSER, Appellant and Respondent, *v.* DANIEL KAMPHAUSEN et al., Respondents and Appellants, et al., Defendants.

Submitted October 5, 1953; decided October 15, 1953.

*Lewis N. Blatt* for motion.
*William P. Stewart* opposed.

Motion denied.